■ KENNETH E. WHITE et al., Plaintiffs, v TIMBERJACK, INC., et al., Defendants. TIMBERJACK, INC., Third-Party Plaintiff-Appellant, v WALTER W. WHITE, Doing Business as WALTER W.

WHITE WOOD TIMBER CONTRACTOR, Third-Party Defendant-Respondent. (Appeal No. 2.) [628 NYS2d 1023] —Judgment unanimously reversed on the law without costs and new trial granted. Same Memorandum as in *White v Timberjack, Inc.* (209 AD2d 968 [decided herewith]). (Appeal from Judgment of Supreme Court, Cattaraugus County, Francis, J.—Contribution.) Present—Balio, J. P., Lawton, Wesley, Doerr and Davis, JJ.